

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CUSTODIO LOPEZ-PALOMINOS,

    Defendant.

CASE NO. 12CR0833-GT

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

8:1326 (a) and (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES (FELONY)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/19/12

*Gordon Thompson Jr.*

Gordon Thompson, Jr.
U.S. District Judge